Adam J. Kaiser
John M. Aerni
Matthew A. Stark
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)
akaiser@winston.com
jaerni@winston.com
mstark@winston.com
*Attorneys forPlaintiffs*
.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
BANKERS CONSECO LIFE INSURANCE                               :
COMPANY and WASHINGTON NATIONAL                              :   Case No. 16-cv-7646
LIFE INSURANCE COMPANY,                                      :
                                                             :
       Plaintiffs,                                      :   **CORPORATE DISCLOSURE**
                                                             :   **STATEMENT PURSUANT TO FED R.**
       v.                                               :   **CIV. P. 7.1**
                                                             :
                                                             :
MOSHE FEUER, SCOTT TAYLOR, and                               :
DAVID LEVY,                                                  :
                                                             :
                                                             :
       Defendants.                                      :
------------------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Bankers Conseco Life Insurance Company ("BCLIC") and Washington National Insurance Company ("WNIC"), by and through their attorneys, state as follows:

      Plaintiffs BCLIC and WNIC are indirect subsidiaries of CNO Financial Group, Inc, a financial services organization headquartered in Carmel, Indiana, which is a publicly held corporation.

| | | |
|---|---|---|
| Dated: | New York, New York<br>September 29, 2016 | WINSTON & STRAWN LLP |
| | | By:   /s/  Adam J. Kaiser    |
| | | Adam J. Kaiser<br>John M. Aerni<br>Matthew A. Stark<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 294-6700<br>(212) 294-4700 (fax)<br>akaiser@winston.com<br>jaerni@winston.com<br>mstark@winston.com<br>*Attorneys for Plaintiffs* |