USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-11-2016

Ramos, J

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
BANKERS CONSECO LIFE INSURANCE
COMPANY AND WASHINGTON
NATIONAL INSURANCE COMPANY,

        Plaintiffs,

-against-

MOSHE M. FEUER, SCOTT TAYLOR, AND
DAVID LEVY,

        Defendants.
------------------------------------- X

Case Number: 1:16-cv-07646-ER.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Plaintiffs Bankers Conseco Life Insurance Company and Washington National Insurance Company, substitutes Joseph L. Buckley (State Bar No. 1621564), as counsel of record in place of Adam J. Kaiser of Winston & Strawn LLP.

Contact information for new counsel is as follows:

    Firm Name:    Sills Cummis & Gross P.C.

    Address:    101 Park Avenue, 28th Floor, New York, New York 10178

    Telephone:    (212) 643-7000

    E-Mail:    jbuckley@sillscummis.com

I consent to the above substitution.

Date: October 7, 2016

    Bankers Conseco Life Insurance Company

    Matthew J. Zimpfer, Esq.

Date: October 7, 2016

    Washington National Insurance Company

    Matthew J. Zimpfer, Esq.

I consent to being substituted.

Date: October 7, 2016

WINSTON & STRAWN LLP

_____
Adam J. Kaiser, Esq.

I consent to the above substitution.

Date: October 7, 2016

SILLS CUMMIS & GROSS P.C.

_____
Joseph L. Buckley, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: October 11, 2016

_____
HON. EDGARDO RAMOS, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
BANKERS CONSECO LIFE INSURANCE :
COMPANY AND WASHINGTON
NATIONAL INSURANCE COMPANY, : Case Number: 1:16-cv-07646-ER.

        Plaintiffs, :

  -against- : **DECLARATION OF JOSEPH L. BUCKLEY IN SUPPORT OF CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

MOSHE M. FEUER, SCOTT TAYLOR, AND :
DAVID LEVY,

        Defendants. :
------------------------------------- X

JOSEPH L. BUCKLEY, of full age, hereby declares as follows:

1. I am an attorney at law in good standing and a Member of the law firm of Sills Cummis & Gross P.C. I submit this certification in support of the application of Plaintiffs Bankers Conseco Life Insurance Company ("BCLIC") and Washington National Insurance Company ("WNIC") to substitute their attorney pursuant to Local Civil Rule 1.4.

2. The Complaint was filed on September 29, 2016, and the electronic summonses were issued on October 3, 2016, and October 5, 2016.

3. After consultation with Plaintiffs and with their consent, I, along with Richard H. Epstein, have been asked to substitute in as attorneys of record for Plaintiffs BCLIC and WNIC.

4. I, therefore, respectfully request that the Court enter the proposed Consent Order Granting Substitution of Attorney submitted herewith.

5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 7th day of October, 2016 in Newark, New Jersey.

                                                      JOSEPH L. BUCKLEY, ESQ.