USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 5/22/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANKERS CONSECO LIFE INSURANCE
COMPANY and WASHINGTON NATIONAL
LIFE INSURANCE COMPANY,

        Plaintiffs,

-v.-

MOSHE M. FEUER, SCOTT TAYLOR,
DAVID LEVY, and BEECHWOOD CAPITAL
GROUP, LLC,

        Defendants.

**ORDER**

16 Civ. 7646 (ER)

Ramos, D.J.:

Considering Defendant Scott Taylor's Letter Motion to Redact and File Under Seal Portions of Mr. Taylor's Opposition to Plaintiffs' Motion to Certify an Interlocutory Appeal Under § 1292(b), dated May 21, 2018:

**IT IS HEREBY ORDERED** that Defendant's Letter Motion is **GRANTED**, and it is further

**ORDERED** that the Memorandum in Opposition to Plaintiffs' Motion to Certify an Interlocutory Appeal Under § 1292(b), and the exhibits annexed to the Declaration of Ankit Bahri are to be filed on the public docket via CM/ECF with redactions and that unredacted copies are to be filed under seal pending further order of the Court.

Dated:    May 22, 2018
            New York, New York

Edgardo Ramos, U.S.D.J.