UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON NATIONAL INSURANCE COMPANY and BANKERS CONSECO LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MOSHE M FEUER, et al.,<br><br>Cross-Claim and Third-Party Defendants. | 16-cv-07646 (ER) |

## JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

**WHEREAS**, on September 29, 2016, Washington National Insurance Company and Bankers Conseco Life Insurance Company (together, "CNO") filed a complaint in the above-captioned action against, *inter alia*, Moshe M. Feuer and Scott Taylor (ECF No. 1), and subsequently filed an amended complaint (ECF No. 52) adding Beechwood Capital Group LLC as a defendant (together with Feuer and Taylor, the "Settling Defendants," and together with CNO, the "Settling Parties");

**WHEREAS**, on March 15, 2018, the Court issued an opinion and order (ECF No. 84) compelling arbitration and staying the action pending the outcome of that arbitration;

**IT IS HERBY JOINTLY STIPULATED AND AGREED** by and between the Settling Parties, by their respective attorneys, as follows:

1. CNO hereby dismisses its complaint as against the Settling Defendants with prejudice; and

2. Each Settling Party is to bear its own attorneys' fees, costs, and expenses.

Dated: November 14, 2019
       New York, New York

Respectfully submitted,

ALSTON & BIRD LLP

_____
Adam J. Kaiser
John M. Aerni
Daniella P. Main
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

*Attorneys for Plaintiffs Washington National Insurance Company and Bankers Conseco Life Insurance Company*

LIPSIUS BENHAIM LAW LLP

_____
Ira S. Lipsius
80-02 Kew Gardens Rd., Suite 1030
Kew Gardens, NY 11415
Tel: (212) 981-8440
Fax: (888) 442-0284

*Attorneys for Defendants Moshe M. Feuer, and Beechwood Capital Group LLC*

WILLIAMS & CONNOLLY LLP

_____
David M. Zinn (pro hac vice)
Joseph Terry (pro hac vice)
Anne C. Malinee (pro hac vice)
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Scott Taylor*

SO ORDERED:

_____
United States District Judge

2

Dated: November 14, 2019
       New York, New York

Respectfully submitted,

| ALSTON & BIRD LLP | LIPSIUS BENHAIM LAW LLP |
|---|---|
| /s/ John M. Aerni | |
| Adam J. Kaiser | Ira S. Lipsius |
| John M. Aerni | 80-02 Kew Gardens Rd., Suite 1030 |
| Daniella P. Main | Kew Gardens, NY 11415 |
| 90 Park Avenue | Tel: (212) 981-8440 |
| New York, New York 10016 | Fax: (888) 442-0284 |
| Tel: (212) 210-9400 | |
| Fax: (212) 210-9444 | |

*Attorneys for Plaintiffs Washington National Insurance Company and Bankers Conseco Life Insurance Company*

*Attorneys for Defendants Moshe M. Feuer, and Beechwood Capital Group LLC*

WILLIAMS & CONNOLLY LLP

David M. Zinn (pro hac vice)
Joseph Terry (pro hac vice)
Anne C. Malinee (pro hac vice)
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Scott Taylor*

SO ORDERED:

_____
United States District Judge