UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANKERS CONSECO LIFE INSURANCE COMPANY and WASHINGTON NATIONAL LIFE INSURANCE COMPANY,

        Plaintiffs,

– against –

MOSHE M. FEUER, SCOTT TAYLOR, DAVID LEVY, and BEECHWOOD CAPITAL GROUP, LLC,

        Defendants.

**ORDER**

16 Civ. 7646 (ER)

Ramos, D.J.:

    The plaintiffs and defendants Feuer, Taylor, and Beechwood Capital Group have filed a Proposed Stipulation and Order dismissing the case as among these parties. Doc. 94. The Court has signed that order and filed it on ECF contemporaneously with this Order. Only defendant David Levy remains in this action. The plaintiffs and Levy are directed to jointly provide a status report to the Court by Wednesday, November 20, 2019. This case remains stayed.

It is SO ORDERED.

Dated:   November 15, 2019
           New York, New York

                                                Edgardo Ramos, U.S.D.J.