UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON NATIONAL INSURANCE COMPANY and BANKERS CONSECO LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MOSHE M FEUER, et al.,<br><br>　　　　　　　　Cross-Claim and Third-Party Defendants. | 16-cv-07646 (ER) |

### JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

**WHEREAS**, on September 29, 2016, Washington National Insurance Company and Bankers Conseco Life Insurance Company (together, "CNO") filed a complaint in the above-captioned action against, *inter alia*, David Levy (ECF No. 1) (together with CNO, the "Settling Parties");

**WHEREAS**, on March 15, 2018, the Court issued an opinion and order (ECF No. 84) compelling arbitration and staying the action pending the outcome of that arbitration;

**IT IS HERBY JOINTLY STIPULATED AND AGREED** by and between the Settling Parties, by their respective attorneys, as follows:

　　　　1.　　CNO hereby dismisses its complaint as against defendant David Levy with prejudice; and

　　　　2.　　Each Settling Party is to bear its own attorneys' fees, costs, and expenses.

Dated: November 15, 2019
       New York, New York

Respectfully submitted,

ALSTON & BIRD LLP

_____
Adam J. Kaiser
John M. Aerni
Daniella P. Main
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

*Attorneys for Plaintiffs Washington National Insurance Company and Bankers Conseco Life Insurance Company*

WILSON SONSINI GOODRICH & ROSATI, P.C.

_____
Michael S. Sommer
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 497-7728

*Attorneys for Defendant David Levy*

SO ORDERED:

_____
United States District Judge